UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14024-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

COREY EVAN YODER,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch on August 22, 2014. A Report and Recommendation was filed on August 29, 2014 (D.E. 33) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 33) of United States Magistrate Judge Frank J. Lynch, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of the sole count of the Indictment which charges the Defendant with receipt of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2014.

                              */s/ Robin L. Rosenberg*
                              ROBIN L. ROSENBERG
                              UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Judge
All Counsel Of Record