UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14024-CR-ROSENBERG/MAYNARD

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**COREY EVAN YODER,**

    **Defendant.**
_____/

**REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1**

Having conducted a hearing in this matter, I recommend as follows:

1. A Petition for Warrant or Summons for Offender Under Supervision (the "Petition") was filed in this case on December 1, 2023. DE 53.

2. The Defendant appeared before me for a hearing on the violation alleged in the Petition on January 19, 2024. The Defendant stated that he wished to admit Violation Number 1, which charges him with failing to refrain from violation of the law by committing the offense of Battery on a Person 65 Years of Age or Older contrary to Florida Statute 784.08(2)c on or about November 25, 2023.

3. I advised the Defendant of his right to have the District Judge assigned to this case accept his admission. I advised that I was conducting the hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing

Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to take his admission instead. The Defendant consented and agreed on the record to have a United States Magistrate Judge accept his admission.

4. The Defendant admitted Violation Number 1 as set forth in the Petition.

5. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

6. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understands that if his admission is accepted, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

7. The Defendant agreed with the Government's proffer that he punched the victim one time, and the victim is 65 years of age or older. The Defendant admitted these facts are true and correct, and the Government could prove these facts if a hearing were held in this matter. The Defendant did not agree, however, with the Government's proffer that he punched the victim a second time or verbally threatened the victim. Having heard the Government's proffer and the Defendant's admission, I find that there is a sufficient factual basis to support the Defendant's admission to Violation Number 1.

**ACCORDINGLY**, based upon the Defendant's admission under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Number 1, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States

District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

      **DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>23rd</u> day of January, 2024.

                                                                  _____
                                                                SHANIEK MILLS MAYNARD
                                                                UNITED STATES MAGISTRATE JUDGE